FILED
CLERK, U.S. DISTRICT COURT

December 3, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILEY JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GARY BOWERS, Acting Warden,<br><br>　　　　　Respondent. | No. CV 14-02493-JLS (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: December 2, 2014

_____
JOSEPHINE L. STATON
United States District Judge