JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILEY JOHNSON, | No. CV 14-02493-JLS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| GARY BOWERS, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: December 2, 2014



_____
JOSEPHINE L. STATON
United States District Judge